O 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## DISTRICT OF DELAWARE

RIVERBED TECHNOLOGY, INC.  )  **SUMMONS IN A CIVIL ACTION**
        Plaintiff,  )
          )
          )
v.  )  CASE NUMBER:  08-016
          )
QUANTUM CORPORATION, a Delaware  )
Corporation; A.C.N. 120 786 012 PTY. LTD., an  )
Australian Company and ROCKSOFT LTD., an  )
Australian Company.  )
          )

TO:  **Quantum Corporation**
     c/o The Corporation Trust Company
     1209 Orange Street
     Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

**Jeffrey L. Moyer**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              1/9/08
_____         _____
CLERK                                          DATE

_____
(BY) DEPUTY CLERK

RLF1-3241532-1

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/9/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: QUANTUM CORPORATION C/O THE CORPORATION C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/9/08
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.