O 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## DISTRICT OF DELAWARE

RIVERBED TECHNOLOGY, INC.

              Plaintiff,

v.

QUANTUM CORPORATION, a Delaware
Corporation; A.C.N. 120 786 012 PTY. LTD., an
Australian Company and ROCKSOFT LTD., an
Australian Company.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: ˮ  0 8 ˮ 0 1 8 ˮ

TO:    **A.C.N. 120 786 012 Pty. Ltd**
       c/o Delaware Secretary of State
       Division of Corporations
       John G. Townsend Building
       401 Federal Street, Suite 4
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

**Jeffrey L. Moyer**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action
must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

| | |
|---|---|
| _____ | _____ |
| CLERK | DATE   1/ 9/ 08 |

Beq Duy

ʾBY) DEPUTY CLERK

RLF1-3241656-1

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/10/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: A.C.N. 120 786 012 PTY., LTD C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/08
　　　　　　　Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.