IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUANTUM CORPORATION, a Delaware ) <br> Corporation, A.C.N. 120 786 012 PTY. LTD., ) <br> an Australian Company, and ROCKSOFT ) <br> LTD., an Australian Company, ) <br> ) <br> Defendants. ) | C. A. No. 08-016-***-MPT |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE    )
                     ) SS.
NEW CASTLE COUNTY    )

BE IT REMEMBERED that on this 30th day of January, 2008, there did personally appear before me, the Subscriber, a Notary Public for the state and county aforesaid, Anne Shea Gaza, known to me personally to be such, and being duly sworn according to law hereby deposes and says as follows:

    1. She is an attorney with the law firm of Richards, Layton & Finger, counsel to plaintiff Riverbed Technology, Inc.

    2. Defendant Rocksoft Ltd. ("Rocksoft") is a non-resident of the State of Delaware. Upon information and belief, Rocksoft is an Australian company organized and existing under the laws of Australia with a principal place of business at 175 Fullerton Road, Level 1, Dulwich, SA 5065, Australia.

    3. The original Summons and Complaint in this action was served on Rocksoft on January 10, 2008, pursuant to Fed. R. Civ. P. Rule 4 and 10 *Del. C.* §3014, by hand

RLF1-3248525-1

delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on January 16, 2008.

4. On January 15, 2008, a copy of the Summons, Complaint, Rule 7.1 Disclosure Statement, Civil Case Information Statement and Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction were sent by registered mail, return receipt required, to Rocksoft at its principal place of business (as set forth above), together with a notice stating that service of the original Summons and a copy of the Complaint was made upon the Delaware Secretary of State and that, under 10 *Del. C.* §3014, such service was as effectual for all intents and purposes as if it had been made upon Rocksoft personally in the State of Delaware. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

5. Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

6. The registered letter was signed for and received on or about January 24, 2008. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on January 29, 2008, a true and correct copy of which is attached hereto as Exhibit C and made a part hereof.

_____
Anne Shea Gaza (#4093)

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

RLF1-3248525-1

2

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2008

# EXHIBIT A

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

January 15, 2008

<u>**REGISTERED MAIL NO. RA 906 724 143 US**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

Rocksoft Ltd.
175 Fullarton Road, Level 1
Dulwich, SA 5065, Australia

        Re:   *Riverbed Technology, Inc. v. Quantum Corporation, A.C.N. 120 786 012 PTY. Ltd., Rocksoft Ltd.*, C.A. No. 08-016
            <u>Notice of Service Pursuant to 10 *Del. C.* § 3104</u>

Dear Rocksoft Ltd.:

      Riverbed Technology, Inc. has filed a Complaint against Quantum Corporation, A.C.N. 120 786 012 PTY. Ltd. ("ACN 120"), and Rocksoft Ltd. in the United States District Court for the District of Delaware.

      Enclosed is a copy of the Summons and Complaint filed in the above-referenced action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware on January 10, 2008 in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

      Please be advised that through this letter I am personally notifying you that a Complaint has been filed against Quantum Corporation, ACN 120, and Rocksoft Ltd. by Riverbed Technology, Inc. as a result of Quantum Corporation's, ACN 120's, and Rocksoft Ltd.'s actions as alleged in the Complaint. This letter further serves to inform you that Rocksoft Ltd. has an obligation to answer the Complaint filed against it and that Rocksoft Ltd.'s failure to do so may result in a default judgment being entered against Rocksoft Ltd.

                                                         Very truly yours,

                                                          Anne Shea Gaza

ASG/afg
Enclosures

RLF1-3243936-1

Rocksoft Ltd.
January 15, 2008
Page 2


cc:     Todd M. Briggs, Esq. (via electronic mail) (w/o encl.)
        Jeffrey L. Moyer, Esq. (w/o encl.)

RLF1-3243936-1

# EXHIBIT B

Registered No. RA 906 724 143 US

Reg Fee $10.15
10.15
Handling Charge $0.00
Return Receipt $2.15
2.15
Postage $8.65
3.65
Restricted Delivery $0.00
Received by MS  21.02
Customer Must Declare Full Value $  $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Date Stamp
0501
21
01/15/08

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
1980 Shea Gaza, Esq.
Richards Layton & Finger
P.O. Box 551
Wilmington, DE 19899

TO:
Rocksoft Ltd.
All Australia
125 Fullarton Road, Level 1
Dulwich, SA 5065, Australia
#162026

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)                 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT C

| | | |
|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International |
| | ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) \| Article Number RA 906 724 143 US |
| | Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Rocksoft Ltd. | |
| | Street and No. (Rue et No.) 175 Fullarton Road, Level 1 | |
| | Place and Country (Localité et pays) Dulwich, SA 5065, Australia | |
| Completed at destination. (A compléter à destination.) | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the [Australia Post] (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou si règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur). | Postmark of the office of destination (Timbre du bureau de destination) AUSTRALIA POST BUSINESS CENTRE 59-63 RUNDLE STREET KENT TOWN 5067 31318 |
| | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date |
| | Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |

PS Form **2865**, February 1997 *(Reverse)*