IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION, a Delaware Corporation, A.C.N. 120 786 102 PTY. LTD., an Australian Company, and ROCKSOFT LTD., an Australian Company,<br><br>    Defendants. | C. A. No. 08- 016-***-MPT |

## **STIPULATION AND PROPOSED ORDER**

WHEREAS, plaintiff RIVERBED TECHNOLOGY, INC. ("Plaintiff") filed the Complaint in this action on January 9, 2008;

WHEREAS, defendants QUANTUM CORPORATION, A.C.N. 120 786 102 PTY. LTD., and ROCKSOFT LTD. ("Defendants") have since been served with the Complaint;

WHEREAS, Defendants' counsel has informed Plaintiff's counsel that Quantum is in the process of obtaining local counsel and/or *pro hac vice* admission for their out-of-forum counsel;

WHEREAS, Defendants requested and Plaintiff agreed to give the Defendants, and each of them, an extension of time within which to respond to the Complaint and is therefore filing this request as the party with counsel currently admitted in this action;

NOW, THEREFORE, Plaintiff provides this notice of its stipulation with Defendants confirming that the Defendants, and each of them, may have, subject to the approval of the Court, through and including Thursday, February 14, 2008 to respond to the Complaint.

OF COUNSEL:

Claude M. Stern
Todd M. Briggs
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2139
(650) 801-5000

Dated: January 31, 2008

*/s/ Anne Shea Gaza*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19901
(302) 651-7700

*Attorneys for Plaintiff*
*Riverbed Technology, Inc.*

SO ORDERED this ____ day of February, 2008.

_____
Magistrate Judge Mary Pat Thynge