# Filed Under Seal