IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>QUANTUM CORPORATION, )<br>A.C.N. 120 786 012 PTY, LTD, and )<br>ROCKSOFT LTD., )<br>)<br>          Defendants. ) | C.A. No. 08-016-SLR |

**DECLARATION OF SHAWN HALL**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

                                    ASHBY & GEDDES
                                    Steven J. Balick (I.D. # 2114)
                                    John G. Day (I.D. #2403)
                                    Tiffany Geyer Lydon (I.D. #3950)
                                    500 Delaware Avenue, 8th Floor
                                    P.O. Box 1150
                                    Wilmington, DE 19899
                                    (302) 654-1888
                                    sbalick@ashby-geddes.com
                                    jday@ashby-geddes.com
                                    tlydon@ashby-geddes.com

                                    *Attorneys for Defendants*

*Of Counsel:*

Amar L. Thakur
Mauricio A. Flores
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130-2006
(858) 720-8900

Dated:  February 14, 2008
188254.1

I, Shawn Hall, state and declare as follows:

1. I am the Vice President, General Counsel, and Secretary for Quantum Corporation ("Quantum"). I have held this combination of positions at Quantum since January 1, 2001. I am over twenty-one years of age and not under any legal disability. I am also a Director of both Rocksoft Limited (now converted to Rocksoft Pty. Limited) ("Rocksoft") and A.C.N. 120 786 012 Pty. Ltd. ("A.C.N. 120") I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. A.C.N. 120 is an Australian company acquired by Quantum on August 22, 2006, along with A.C.N. 120's wholly owned subsidiary Rocksoft. Both A.C.N. 120 are incorporated under the laws of Australia and both have their principal places of business in Australia. I am a member of the Board of Directors of both A.C.N. 120 and Rocksoft.

3. Neither A.C.N. 120 nor Rocksoft maintains offices or other facilities in Delaware. Neither company has a bank account, telephone listing, or an address in Delaware. Neither company has appointed an agent to accept service of process in Delaware.

4. A.C.N. 120 is a holding company of Quantum that does not produce any products and does not sell any services. Rocksoft provides software-related services to original equipment manufacturers ("OEMs"). Rocksoft does not make, use, sell, or offer to sell products relating to the '810 patent in Delaware. To the best of my knowledge, it has not provided services to any OEM in Delaware.

5.  To the best of my knowledge, neither A.C.N. nor Rocksoft has ever sent letters threatening infringement actions concerning the '810 patent to anyone in Delaware or taken other steps to enforce that patent in Delaware. I am certain neither company has taken such action since Quantum's acquisition of A.C.N. 120 in August, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in San Jose, California on February 12, 2008.

By  /s/ Shawn Hall
    SHAWN HALL