# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:08−cv−00016−SLR

Riverbed Technology Inc. v. Quantum Corporation et al  
Assigned to: Judge Sue L. Robinson  
Cause: 28:1338 Patent Infringement

Date Filed: 01/09/2008  
Date Terminated: 03/07/2008  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Riverbed Technology Inc.**     represented by     **Anne Shea Gaza**  
Richards, Layton &Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(302) 658−6541  
Email: gaza@rlf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew Bramhall**  
Pro Hac Vice  
Email: andrewbramhall@quinnemanuel.com  
*ATTORNEY TO BE NOTICED*

**Claude M. Stern**  
Pro Hac Vice  
Email: claudestern@quinnemanuel.com  
*ATTORNEY TO BE NOTICED*

**David M. Wei**  
Pro Hac Vice  
Email: davidweijr@quinnemanuel.com  
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Moyer**  
Richards, Layton &Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(302) 651−7700  
Email: moyer@rlf.com  
*ATTORNEY TO BE NOTICED*

**Todd M. Briggs**  
Pro Hac Vice  
Email: toddbriggs@quinnemanuel.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Quantum Corporation**<br>*a Delaware Corporation* | represented by | **Steven J. Balick**<br>Ashby &Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654–1888<br>Email: sbalick@ashby−geddes.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tiffany Geyer Lydon**<br>Ashby &Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654–1888<br>Email: tlydon@ashby−geddes.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **A.C.N. 120 786 012 PTY Ltd.**<br>*an Australian Company* | represented by | **Steven J. Balick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tiffany Geyer Lydon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Rocksoft Ltd.**<br>*an Australian Company* | represented by | **Steven J. Balick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tiffany Geyer Lydon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2008 | "1 | COMPLAINT filed with Jury Demand against Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd. – Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 150215.) – filed by Riverbed Technology Inc.. (Attachments: #1 Civil Cover Sheet #2 Acknowledgement of Consent Form)(ead) (Entered: 01/10/2008) |
| 01/09/2008 | " | Summons Issued as to Quantum Corporation on 1/9/2008; A.C.N. 120 786 012 PTY Ltd. on 1/9/2008; Rocksoft Ltd. on 1/9/2008. (ead) (Entered: 01/10/2008) |
| 01/09/2008 | "2 | Disclosure Statement pursuant to Rule 7.1 filed by Riverbed Technology Inc. (ead) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 01/09/2008 | "3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 01/10/2008) |
| 01/10/2008 | "4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,990,810; (ead) (Entered: 01/10/2008) |
| 01/16/2008 | "5 | Return of Service Executed by Riverbed Technology Inc.. Quantum Corporation served on 1/9/2008, answer due 1/29/2008. (Jeffrey L. Moyer) Modified on 1/16/2008 (rwc, ). (Entered: 01/16/2008) |
| 01/16/2008 | "6 | Return of Service Executed by Riverbed Technology Inc.. Rocksoft Ltd. served on 1/10/2008, answer due 1/30/2008. (Jeffrey L. Moyer ) Modified on 1/16/2008 (rwc, ). (Entered: 01/16/2008) |
| 01/16/2008 | " | CORRECTING ENTRY: Added counsel for plaintiff and modified the attorney filer information for DI#'s 5 &6. (rwc) (Entered: 01/16/2008) |
| 01/16/2008 | "7 | Return of Service Executed by Riverbed Technology Inc.. A.C.N. 120 786 012 PTY Ltd. served on 1/10/2008, answer due 1/30/2008. (Moyer, Jeffrey) (Entered: 01/16/2008) |
| 01/16/2008 | "8 | [1:07−cv−16−***]: Please note that, in accordance with the attached standing orders, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb) (Entered: 01/16/2008) |
| 01/30/2008 | "9 | AFFIDAVIT of Anne Shea Gaza re 6 Return of Service Executed *(AFFIDAVIT OF MAILING)* filed by Riverbed Technology Inc.. (Attachments: # 1 Exhibit A−C)(Gaza, Anne) (Entered: 01/30/2008) |
| 01/31/2008 | "10 | STIPULATION TO EXTEND TIME to respond to the Complaint to February 14, 2008 − filed by Riverbed Technology Inc.. (Gaza, Anne) (Entered: 01/31/2008) |
| 02/01/2008 | " | SO ORDERED, re 10 STIPULATION TO EXTEND TIME to respond to the Complaint to February 14, 2008, Set Answer Deadlines: Quantum Corporation answer due 2/14/2008; A.C.N. 120 786 012 PTY Ltd. answer due 2/14/2008; Rocksoft Ltd. answer due 2/14/2008. Signed by Judge Mary Pat Thynge on 2/1/08. (ntl) (Entered: 02/01/2008) |
| 02/01/2008 | " | Case reassigned from the Vacant Judgeship to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (ntl) (Entered: 02/01/2008) |
| 02/06/2008 | " | Summons Reissued as to A.C.N. 120 786 012 PTY Ltd.. (els) (Entered: 02/06/2008) |
| 02/12/2008 | "11 | MOTION for Pro Hac Vice Appearance of Attorney Claude M. Stern, Todd M. Briggs, David Wei, Jr. and Andrew Bramhall − filed by Riverbed Technology Inc.. (Gaza, Anne) (Entered: 02/12/2008) |
| 02/14/2008 | "12 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *, Lack of Personal Jurisdiction, and Improper Venue, or in the Alternative, to Transfer* − filed by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Balick, Steven) (Entered: 02/14/2008) |
| 02/14/2008 | "13 | OPENING BRIEF in Support re 12 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *, Lack of Personal Jurisdiction, and Improper Venue, or in the Alternative, to Transfer* filed by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., |

| | | |
|---|---|---|
| | | Rocksoft Ltd..Answering Brief/Response due date per Local Rules is 3/3/2008. (Balick, Steven) (Entered: 02/14/2008) |
| 02/14/2008 | " 14 | SEALED DECLARATION re 12 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter , *Lack of Personal Jurisdiction, and Improper Venue, or in the Alternative, to Transfer (Declaration of Mauricio A. Flores)* by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Balick, Steven) (Entered: 02/14/2008) |
| 02/14/2008 | " 15 | DECLARATION re 12 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter , *Lack of Personal Jurisdiction, and Improper Venue, or in the Alternative, to Transfer (Declaration of Shawn Hall)* by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Balick, Steven) (Entered: 02/14/2008) |
| 02/19/2008 | " 16 | Letter to The Honorable Sue L. Robinson from Tiffany Geyer Lydon regarding corrected version of Exhibit H to the Declaration of Mauricio Flores (FILED UNDER SEAL). (Lydon, Tiffany) (Entered: 02/19/2008) |
| 02/19/2008 | " | SO ORDERED, re 11 MOTION for Pro Hac Vice Appearance of Attorney Claude M. Stern, Todd M. Briggs, David Wei, Jr. and Andrew Bramhall filed by Riverbed Technology Inc.. Signed by Judge Sue L. Robinson on 2/19/2008. (fmt) (Entered: 02/19/2008) |
| 02/21/2008 | " 17 | ORDER Setting Hearings( Oral Argument set for 3/7/2008 12:50 PM in Courtroom 6B before Judge Sue L. Robinson.) re 12 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter , *Lack of Personal Jurisdiction, and Improper Venue, or in the Alternative, to Transfer* filed by Rocksoft Ltd., A.C.N. 120 786 012 PTY Ltd., Quantum Corporation. Each side shall have 20 minutes to present argument. Signed by Judge Sue L. Robinson on 2/21/08. (fmt) (Entered: 02/21/2008) |
| 02/21/2008 | " 18 | MOTION for Pro Hac Vice Appearance of Attorney Amar L. Thakur, Mauricio Flores, Craig H. Wendland, and Rebecca Roberts – filed by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Lydon, Tiffany) (Entered: 02/21/2008) |
| 02/22/2008 | " 19 | REDACTED VERSION of 14 Declaration, *(Declaration of Mauricio A. Flores in Support of Defendants' Motion to Dismiss)* by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Attachments: # 1 Exhibit A–B, # 2 Exhibit C–H)(Lydon, Tiffany) (Entered: 02/22/2008) |
| 02/26/2008 | " 20 | Letter to The Honorable Sue L. Robinson from Tiffany Geyer Lydon regarding submission of February 25, 2008 Order of the California Court at the request of Judge Alsup. (Attachments: # 1 February 25, 2008 Order of the U.S. District Court for the Northern District of California)(Lydon, Tiffany) (Entered: 02/26/2008) |
| 02/27/2008 | " 21 | REDACTED VERSION of 16 Letter *(Exhibit H should not be sealed)* by Quantum Corporation, A.C.N. 120 786 012 PTY Ltd., Rocksoft Ltd.. (Lydon, Tiffany) (Entered: 02/27/2008) |
| 02/27/2008 | " | SO ORDERED, re 18 MOTION for Pro Hac Vice Appearance of Attorney Amar L. Thakur, Mauricio Flores, Craig H. Wendland, and Rebecca Roberts filed by Rocksoft Ltd., A.C.N. 120 786 012 PTY Ltd., Quantum Corporation. Signed by Judge Sue L. Robinson on 2/27/2008. (nfn) (Entered: 02/27/2008) |
| 02/27/2008 | " 22 | ORDER denying 12 Motion to Dismiss for Lack of Subject Jurisdiction and granting 12 Motion to transfer. It is ordered that the case be transferred to the United States District Court for the Northern District of California. The order scheduling oral argument (D.I. 17) is moot. Signed by Judge Sue L. Robinson on 2/27/2008. (fmt) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/27/2008 | " | CASE CLOSED (fmt) (Entered: 02/27/2008) |
| 03/07/2008 | " 23 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,990,810; (Attachments: # 1 Order) (fmt) (Entered: 03/07/2008) |
| 03/07/2008 | " 24 | Cover Letter to Richard W. Wieking, Clerk of Court, from Deputy Clerk Tassone enclosing original sealed docket items 14 and 16. (fmt) (Entered: 03/07/2008) |
| 03/07/2008 | " | Case transferred to District of Northern District of California. (fmt) (Entered: 03/07/2008) |