1 | [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | Case No. C-08-1314-WHA |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [PROPOSED] ORDER THEREON** |
| QUANTUM CORPORATION, a Delaware Corporation, A.C.N. 120 786 012 PTY. LTD., an Australian Company, and ROCKSOFT LTD., an Australian Company, | |
| Defendants. | Honorable William H. Alsup<br>United States District Judge |
| | Complaint Filed in D. Del.: January 9, 2008<br>Case Transferred to N.D. Cal.: March 10, 2008 |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by Riverbed Technology, Inc. ("Riverbed"), on the one hand, and Quantum Corporation ("Quantum"), A.C.N. 120 786 012 Pty. Ltd. ("A.C.N. 120"), and Rocksoft Ltd. ("Rocksoft"), on the other hand, by and through their respective counsel of record herein, that this entire action, consisting of Riverbed's declaratory judgment claims for non-infringement and invalidity of U.S. Patent No. 5,990,810, shall be dismissed without prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

By his signature below, counsel for Quantum, A.C.N. 120, and Rocksoft attests that counsel for Riverbed whose electronic signature is provided has concurred in this filing.

Dated:  October 7, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Nathaniel Bruno_____

Amar L. Thakur
Mauricio A. Flores
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:  858-720-8900
Facsimile:  858-509-3691

Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947

Attorneys for QUANTUM CORPORATION, A.C.N. 120 786 012 PTY. LTD., and ROCKSOFT LTD.

Dated:      October 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: /s/ Todd M. Briggs_____

Claude M. Stern
Todd M. Briggs
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Telephone: 650-801-5020
Facsimile: 650-801-5100

Attorneys for RIVERBED TECHNOLOGY, INC.

W02-WEST:6NB1\401064685.2

Case No. C-08-1314-WHA

2

STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [PROPOSED] ORDER THEREON

**ORDER**

In accordance with the foregoing Stipulation of the parties, which is incorporated herein by reference, and with good cause appearing therefor,

IT IS HEREBY ORDERED that this entire action (Northern District of California Case No. C-08-1314-WHA) is hereby dismissed as follows, each party to bear its own fees and costs:

Riverbed Technology, Inc.'s declaratory judgment claims against Quantum Corporation ("Quantum"), A.C.N. 120 786 012 Pty. Ltd. ("A.C.N. 120"), and Rocksoft Ltd. ("Rocksoft") for non-infringement and invalidity of U.S. Patent No. 5,990,810 ARE HEREBY DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 14, 2008.

Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*